ACCEPTED
01-15-00583-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 11:59:13 AM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00583-CV

**IN THE FIRST COURT OF APPEALS**
**AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 11:59:13 AM
CHRISTOPHER A. PRINE
Clerk

THE HONORABLE MARK HENRY, COUNTY JUDGE
OF GALVESTON COUNTY,

*Appellant,*

v.

THE HONORABLE LONNIE COX,

*Appellee.*

On Interlocutory Appeal from the 56th District Court, Galveston County, Texas

## NOTICE OF APPEARANCE AS APPELLATE COUNSEL FOR APPELLANT

TO THE HONORABLE FIRST COURT OF APPEALS:

Notice is hereby given that N. Terry Adams, Jr., Joseph M. Nixon, and James E. "Trey" Trainor, with Beirne, Maynard & Parsons L.L.P., are entering their appearance as appellate counsel for Appellant in the above-referenced cause. The undersigned appellate counsel, Mr. Terry Adams, requests that the Court and all counsel serve him with copies of all future papers and notices in this cause at the e-mail address and physical address provided below.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

By: */s/ N. Terry Adams, Jr.*

**N. Terry Adams, Jr.**
Texas Bar No. 00874010
tadams@bmpllp.com
**Joseph M. Nixon**
Texas Bar No. 15244800
jnixon@bmpllp.com
1300 Post Oak Blvd, Suite 2500
Houston, Texas 77056
(713) 623-0887 (Tel)
(713) 960-1527 (Fax)

**James E. "Trey" Trainor**
Texas Bar No. 24042052
ttrainor@bmpllp.com
401 W. 15th Street, Suite 845
Austin, Texas 78701
Telephone: (512) 623-6700
Fax: 623-6701

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I have complied with the Texas Rules of Appellate Procedure and the Local Rules of this Court and that the foregoing Notice of Appearance as Appellate Counsel for Appellant has been electronically filed and served on all counsel of record in accordance with these Rules on this the 20th day of July, 2015.

Mark W. Stevens
P.O. Box 8118
Galveston, Texas 77553
markwandstev@sbcglobal.net

*/s/ N. Terry Adams, Jr.*
N. Terry Adams, Jr